IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | SEALED |
| v. | § § | No. 4:18CR188 |
| DANIEL MENDOZA (1) | § § | Judge Crone |



FILED
NOV 15 2018
Clerk, U.S. District Court
Texas Eastern

**FIRST SUPERSEDING INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

> Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine)

That from sometime in or about January 2016, and continuously thereafter up to and including November 15, 2018, in the Eastern District of Texas and elsewhere,

**Daniel Mendoza**



First Superseding Indictment/Notice of Penalty – Page 1

## Count Three

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about October 9, 2018, within the Northern District of Texas, **Daniel Mendoza**, defendant, did knowingly possess firearms, namely, a Ruger semiautomatic 9mm handgun serial number 312-91160 and a Springfield semiautomatic .40 caliber handgun serial number MG174539, in furtherance of a drug trafficking crime for which they may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture and distribute methamphetamine and heroin.

In violation of 18 U.S.C. § 924(c).

## Count Four

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about October 9, 2018, within the Northern District of Texas, , defendant, did knowingly possess a firearm, namely, a Ruger semiautomatic 9mm handgun serial number 312-91160, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture and distribute methamphetamine and heroin.

In violation of 18 U.S.C. § 924(c).

### Count Five

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about October 3, 2018, within the Northern District of Texas, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ defendant, did knowingly possess a firearm, namely, a Ruger semiautomatic 9mm handgun serial number 312-91160, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture and distribute methamphetamine and heroin.

In violation of 18 U.S.C. § 924(c).

### Count Six

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about October 3, 2018, within the Northern District of Texas, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ defendant, did knowingly possess a firearm, namely, a Ruger semiautomatic 9MM handgun serial number 312-91160, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture and distribute methamphetamine and heroin.

In violation of 18 U.S.C. § 924(c).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this First Superseding Indictment, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

$1,226.00 in U.S. currency seized from ▮▮▮▮▮▮▮▮▮▮;

2015 Chevrolet Tahoe SUV, VIN #1GNSCBKC4FR220658 seized from **Daniel Mendoza**;

Ruger semiautomatic 9MM handgun serial number 312-91160 seized from ▮▮▮▮▮▮▮▮▮▮; and

Springfield semiautomatic .40 caliber handgun serial number MG174539 seized from **Daniel Mendoza**.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
ERNEST GONZALEZ
Assistant United States Attorney

11/15/18
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | **SEALED** |
| --- | --- | --- |
| | § | |
| v. | § | No. 4:18CR188 |
| | § | Judge Crone |
| DANIEL MENDOZA (1) | § | |



### Count One

Violation:   21 U.S.C. § 846

Penalty:   If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual) -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

### Count Two

Violation:   21 U.S.C. § 846

Penalty:   If 1 kilogram or more of a mixture or substance containing a detectable amount of heroin -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

## Counts Three-Six

<u>Violation</u>:   18 U.S.C. § 924(c)

<u>Penalty</u>:   Imprisonment for not less than five years to be served consecutively to any other term of imprisonment, a fine not to exceed $250,000.00, or both; a term of supervised release of not more than three years.

<u>Special Assessment</u>:   $100.00