IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:18CR188 |
| DANIEL MENDOZA (1) | § | Judge Crone |

## FACTUAL BASIS

The defendant, **Daniel Mendoza**, hereby stipulates and agrees that at all times relevant to the First Superseding Indictment herein, the following facts were true:

1. That the defendant, **Daniel Mendoza**, who is changing his plea to guilty, is the same person charged in the First Superseding Indictment.

2. That the events described in the First Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. That **Daniel Mendoza** and one or more persons in some way or manner made an agreement to commit the crime charged in Count One of the First Superseding Indictment, to knowingly and intentionally possess with the intent to manufacture and distribute 45 kilograms or more of a mixture or substance containing a detectable amount of methamphetamine or 4.5 kilograms or more of methamphetamine (actual).

4. That **Daniel Mendoza** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **Daniel Mendoza** knew that the amount involved during the term of the conspiracy involved 45 kilograms or more of a mixture or substance containing a detectable amount of methamphetamine or 4.5 kilograms or more of methamphetamine

Factual Basis – Page 1

(actual). This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant, and was part of jointly undertaken activity.

6. That **Daniel Mendoza**'s role in this conspiracy was to supply co-conspirators with kilogram quantities of methamphetamine from various sources, which was imported from Mexico, which would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy in the Eastern and Northern Districts of Texas.

7. That **Daniel Mendoza** was in possession of a Ruger semiautomatic 9mm handgun serial number 312-91160 and a Springfield semiautomatic .40 caliber handgun serial number MG174539 on October 9, 2018 in furtherance of the conspiracy, as alleged in Count Three of the First Superseding Indictment.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Factual Basis and the First Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 2/7/19

DANIEL MENDOZA
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

9. I have read this Factual Basis and the First Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the First Superseding

Factual Basis – Page 2

Indictment.

Dated: 2/9/19

_____
ROBERT JENKINS
Attorney for the defendant