# United States Court of Appeals for the Fifth Circuit

---

No. 19-40838
Conference Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

October 2, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

DANIEL MENDOZA,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:18-CR-188-1

---

Before KING, SOUTHWICK, and HO, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as frivolous.

Certified as a true copy and issued
as the mandate on Oct 27, 2020

Attest: *Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 2, 2020

Lyle W. Cayce
Clerk

No. 19-40838
Conference Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

DANIEL MENDOZA,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:18-CR-188-1

Before KING, SOUTHWICK, and HO, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Daniel Mendoza has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mendoza has filed a response. The record is not sufficiently developed to

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 19-40838

allow us to make a fair evaluation of Mendoza's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Mendoza's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 27, 2020

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 19-40838   USA v. Daniel Mendoza
              USDC No. 4:18-CR-188-1

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Shawn D. Henderson, Deputy Clerk
                    504-310-7668

cc:
    Mr. Ernest Gonzalez
    Mr. Daniel Mendoza
    Mr. Bradley Elliot Visosky