UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:18-CR-188-SDJ |
| | § | |
| DANIEL MENDOZA (1) | § | |

## ORDER

Before the Court is Defendant Daniel Mendoza's Motion for Reconsideration of Order Denying Motion for Compassionate Release. (Dkt. #245). The Court has reviewed Mondoza's arguments and finds that they are without merit and that the Court's reasoning in its Memorandum Opinion and Order, (Dkt. #244), is correct.

It is therefore **ORDERED** that Defendant Daniel Mendoza's Motion for Reconsideration of Order Denying Motion for Compassionate Release, (Dkt. #245), is **DENIED**.

**So ORDERED and SIGNED this 21st day of August, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE